UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. GENTRY,

           Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and
Does 1-100,

           Defendants.

NO. CIV. S-09-0671 LKK/GGH

O R D E R

/

At issue here is a motion to amend a scheduling order. Plaintiff did not timely file his expert witness's report, yet seeks to rely on the report in opposition to defendant's motion for summary judgment. Plaintiff now, four months after the untimely filing, moves to amend the scheduling order to make the expert report admissible evidence. After hearing on June 7, 2010, the court grants plaintiff's motion, but also sanctions plaintiff's counsel for his failure to timely move to amend the scheduling order and to ensure that his expert witness timely prepared his report.

For the foregoing reasons the court orders as follows:

(1)  Plaintiff's motion to amend the scheduling order, Dkt.

1

1          No. 50, is GRANTED;
2     (2)  Counsel for plaintiff will be SANCTIONED to pay
3          defendant's attorneys fees in preparing its reply brief
4          to the summary judgment motion, Dkt. No. 44, in
5          preparing its opposition to plaintiff's motion to amend
6          the complaint, Dkt. No. 52, and for its counsel's
7          attendance at the June 7, 2010 hearing on the motion to
8          amend the scheduling order.
9     (3)  Defendant is ordered to file within seven (7) days of
10         the issuance of this order an affidavit stating the
11         attorney's fees incurred in preparing its reply brief to
12         the summary judgment motion, Dkt. No. 44, in preparing
13         its opposition to plaintiff's motion to amend the
14         complaint, Dkt. No. 52, and its attendance at the June
15         7, 2010 hearing on the motion to amend the scheduling
16         order. This affidavit should only state the amount of
17         fees to draft the reply brief, the opposition to the
18         motion to amend the scheduling order, and for its
19         counsel's attendance at the hearing on the motion to
20         amend. The affidavit should not include any fees
21         incurred to prepare any other summary judgment papers.
22         Plaintiff may file objections to defendants' affidavit
23         within fourteen (14) days of the issuance of this order.
24    (4)  The court shall issue a further order concerning the
25         amount of fees plaintiff's counsel shall pay to
26         defendant.

2

1  (5) Counsel for plaintiff is further SANCTIONED in the
2      amount of two hundred and fifty ($250.00) dollars. This
3      sum shall be paid to the Clerk of the Court no later
4      than thirty (30) days from the date of this order.
5      Counsel shall file an affidavit accompanying the payment
6      of this sanction which states that it is paid personally
7      by counsel, out of personal funds, and is not and will
8      not be billed, directly or indirectly, to the client or
9      in any way made the responsibility of the client as
10     attorneys' fees or costs.
11 (6) Defendant may file a sur-reply to its motion for summary
12     judgment, Dkt. No. 31, on or before June 14, 2010.
13 (7) Defendant's motion for summary judgment, Dkt. No. 31,
14     shall be heard on June 21, 2010 at 10:00 a.m.

IT IS SO ORDERED.

DATED: June 8, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3