UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. GENTRY,

        Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and
Does 1-100,

        Defendants.
_____/

NO. CIV. S-09-0671 LKK/GGH

O R D E R

On June 3, 2009, the court issued a status (pretrial scheduling) order pursuant to Fed. R. Civ. P. 16. This order set a final pretrial conference for July 6, 2010 at 1:30 p.m. and set trial for October 5, 2010. On March 2, 2010, defendant filed a motion for summary judgment. This motion was initially set to be heard on April 5, 2010. Due to serious problems in plaintiff's opposition to this motion, the court has twice continued the hearing on the motion. The motion is currently set to be heard on July 12, 2010, six days after the final pretrial conference.

For the foregoing reasons, the court ORDERS as follows:

    (1) The court vacates the final pretrial conference and trial dates.

1

1   (2)   A status conference shall be held on July 12, 2010 at
2         1:30 p.m. to set new dates for the final pretrial
3         conference and trial.
4   (3)   Parties shall file status reports on or before June 28,
5         2010.
6   IT IS SO ORDERED.
7   DATED:  June 21, 2010.

    _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT

2