UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. GENTRY,

        Plaintiff,

   v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and
Does 1-100,

        Defendants.
_____/

NO. CIV. S-09-0671 LKK/GGH

O R D E R

Pursuant to the status conference held on July 12, 2010, the scheduling order is AMENDED as follows:

1. The final pretrial conference is set for September 7, 2010 at 2:00 p.m.;
2. The trial is estimated for seven days, and is set for December 7, 2010.

IT IS SO ORDERED.

DATED: July 13, 2010.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

1