FILED

DEC 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. GENTRY,  )
                                    )      2:09-cv-00671-LKK-KJN
      Plaintiff,  )
                                    )
  v.  )      <u>ORDER</u>
                                    )
STATE FARM MUTUAL AUTOMOBILE  )
INSURANCE COMPANY,  )
                                    )
      Defendant.  )
_____  )

        Plaintiff, represented by Bradley J. Swingle, and Defendant, represented by Stephen M. Hayes, participated in a settlement conference with Judge Burrell on December 3, 2010. The parties voluntarily agree to settle this action for twenty-five thousand dollars ($25,000.00) to be paid by Defendant to Plaintiff as set forth below. The settlement check shall be made payable to "Robert D. Gentry and his attorneys Arata, Swingle, Sodhi & Van Egmond." The payment will be made no later than December 20, 2010. Neither party will recover costs or attorneys' fees. Plaintiff agrees to hold Defendant harmless from any lien. In addition, Plaintiff agrees to execute a mutual general release that Defendant will provide, which will include California Civil Code section 1542 and Plaintiff's agreement that the case will be dismissed and no claims will be brought in the future.

|1|   The parties agree that a dismissal document dismissing this
|---|
|2| action with prejudice shall be filed no later than January 3, 2011.

_____     _____
Plaintiff's Counsel on              Defendant's Counsel on behalf
behalf of Plaintiff                 of Defendant

It is approved and so ordered.

DATED:   December 3, 2010

_____
GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE