STEPHEN M. HAYES (SBN 83583)
ROBERT S. McLAY (SBN 176661)
CHERIE M. SUTHERLAND (SBN 217992)
**HAYES SCOTT BONINO**
**ELLINGSON & McLAY, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

COLLEEN F. VAN EGMOND (SBN 242220)
BRADLEY J. SWINGLE (SBN 171535)
**ARATA, SWINGLE, SODHI & VAN EGMOND**
A Professional Law Corporation
912 11th Street, First Floor (95354)
Post Office Box 3287
Modesto, California 95353
Telephone:  209.522.2211
Facsimile:  209.522.2980

Attorneys for Plaintiff
ROBERT D. GENTRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| ROBERT D. GENTRY, | CASE NO. 2:09-CV-00671-LKK-GGH |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING THE ENTIRE ACTION** [Fed. Rule. Civ. Proc., Rule 41(a)(1)] |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and Does 1 – 100, | |
| Defendants. | |

Plaintiff Robert D. Gentry ("Gentry") and Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to dismissal, with prejudice, of the above entitled action as follows:

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, that the entire above-entitled action be, and

hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated:  December 16, 2010         HAYES SCOTT BONINO ELLINGSON
                                                                                 & McLAY, LLP

By/s/Stephen M. Hayes
   STEPHEN M. HAYES
   ROBERT S. MCLAY
   CHERIE M. SUTHERLAND
   Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Dated: December 16, 2010         ARATA, SWINGLE, SODHI & VAN EGMOND

By/s/Bradley J. Swingle
   COLLEEN F. VAN EGMOND
   BRADLEY J. SWINGLE
   Attorney for Plaintiff
   ROBERT D. GENTRY

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: January 10, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

295317                                          - 2 -
**STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION
CASE NO. 2:09-CV-00671-LKK-GGH**